"So what you been up to?" That's a popular question and it is my belief that the court's concerns completely rests on it as in Res Judicata. Also, the attached exhibits will satisfy the curriculum. On the other hand, I will need to be a little more articulate about the sequence of events that transpires here at FSP but is not visible to the naked eye. So this is my magnifying glass to transparency. Well, I spy that they are spying on me to choose a course of action and so when I complained about Ms. Heather Moss, well, my diet has improved somewhat. I guess I can be honest about that as only day shift from 8:30am to 4:30pm during the week days are now refusing me my meals. On the other hand, they are now time traveling on me and legal mail don't gets picked up before 8:30am no more, no it's after 11am or after 12pm and to my inconvenience before the shift on that schedule also covers my window so my vision is obscured and though courtesy was still employed and I was able to send mail out in the short past, I am concerned about my future with that tatics. Because some days I have mail to go out and some days I don't. But what if one day I do and my window is covered and I am not afforded the courtesy of removing the cover and asked if I want to use the service? They want me to fight and I get that but they do have knowledge that I am doing my legal work because they are monitoring my activities on audio and video. Well, they don't care and are trying to deprive me of everything legal and constitutional because I have a system of my own that they deem unworthy. They are covering my window even when there is no females in the dorm. Even at chow time and open everbody elses flap and feed them except me. So if I say audio video to call the camara as witness, that's where legal mail play comes in with the later arrivals so the camara will record breakfast as dinner and lunch as breakfast. All because I like someone's sister and made it known because I wasn't embarrased. FSP got some pretty girls now; I got 2 establish relationships. But one of them making me snap because she ain't gave me my TB medication, what kind of girlfriend that is? She makes me feel like she dont love me and I dont want to feel that way because everywhere I go I get love from girls. She is pretty yes but I am very much used to pretty girls so if she acts up I go snap. I am updating your system with the latest and what's trending as it appears that I will survive but never should that be considered as expert reference because my survival skills are being tested. Respectfully submitted.

8.21.2023

# CLOSE MANAGEMENT I & II – MALE
## CANTEEN ORDER

You are hereby advised that should you complete and submit this form and then refuse delivery, you are subject to disciplinary action and loss of canteen privileges. This order will not be processed if this section is not filled out completely and accurately. Any disciplinary reports received by an inmate in which there is a guilty finding and placement in disciplinary confinement or suspension of canteen privileges between the time that he or she requests canteen food items and the delivery of those items will result in disapproval of the requested items.

INMATE NAME: _____   DOB (yy/mm/dd): _____
FDC#: _____   CELL#: _____

TAXABLE (Y) YES  (N) NO                           KOSHER PRODUCT = (K)  VEGAN PRODUCT = (V)

| NON-FOOD ITEMS (LIMIT 5) LIMIT 1 EACH EXCEPT AS NOTED | | | | |
|---|---|---|---|---|
| ITEM DESCRIPTION | PRICE | QTY | TOTAL | |
| TOTAL VALUE OF STAMPS PURCHASED CAN NOT EXCEED THE EQUIVALENT OF 25 FIRST CLASS STAMPS ($16.50) | | | | |
| .66 Postage Stamp (N) | $0.66 | | | 56014 |
| .24 Postage Stamp (N) | $0.24 | | | 54576 |
| .01 Postage Stamp (N) | $0.01 | | | 56072 |
| STAMP SUB-TOTAL (cannot exceed $16.50) | | | | |
| Envelope, White, #10 each (max of 15) (Y) | $0.08 | | | 56007 |
| Envelope 10x13 White, each (max of 5) (Y) | $0.28 | | | 56009 |
| Notebook Paper White 150 ct. College Rule, (Y) (max of 2) | $2.52 | | | 55129 |
| WEBSTER'S Pocket Dictionary (Y) | $4.95 | | | 56029 |
| Pen, Security, Black, RESPECT OF FLORIDA (max of 4) (Y) | $0.71 | | | 56020 |
| CRAWFORD, Cross Strap Flip Flop, Small (Y) | $2.29 | | | 54947 |
| CRAWFORD, Cross Strap Flip Flop, Medium (Y) | $2.29 | | | 54948 |
| CRAWFORD, Cross Strap Flip Flop, Large (Y) | $2.29 | | | 54949 |
| CRAWFORD, Cross Strap Flip Flop, XL (Y) | $2.29 | | | 54950 |
| Hair Brush, no handle, Wood-look (Y) | $4.14 | | | 51382 |
| NEXT 1, Antibacterial Bar Soap, 5 oz. (Y) | $1.22 | | | 54618 |
| NEXT 1, Moisturizing Bar Soap, 5 oz. (Y) | $1.22 | | | 54617 |
| Toothpaste, Gel, COLGATE, 4.2 oz. (Y) | $3.83 | | | 51529 |
| NEWDAY, Cotton Swabs, 100 ct. (Y) | $0.72 | | | 55022 |
| Floss Loops, 30 ct., LLP (Y) | $3.27 | | | 51547 |
| Comb, Pocket, 5", Black, Plastic, NEW WORLD (Y) | $0.57 | | | 51710 |
| FRESHSCENT, AP Roll On Deodorant, 1.5 oz. | $1.30 | | | 54952 |
| Deodorant, Clear Tube, ORALINE-SECURE, 2 oz. (Y) | $4.18 | | | 51423 |
| Original Lip Balm, W/SPF-4 Twin Pack, 2/0.15 oz. (N) | $2.57 | | | 59066 |
| Washcloth, White, 1lb/dz (Y) | $1.05 | | | 58078 |
| Vitamins, One per day, Multi, UNIVERSAL NATURAL, 100 ct. (N) | $9.99 | | | 51906 |
| CENTURY Multi-Vitamins, Adults <50, 130 ct. (N) | $10.18 | | | 59085 |

| NON-FOOD ITEMS (LIMIT 5) LIMIT 1 EACH EXCEPT AS NOTED | | | | |
|---|---|---|---|---|
| ITEM DESCRIPTION | PRICE | QTY | TOTAL | |
| Cards, Playing, Pinochle, AVIATOR (Y) | $3.60 | | | 56302 |
| Playing Cards, Standard, THREE A (Y) | $2.99 | | | 54894 |
| Toothbrush, Security, 4", each (Y) | $0.55 | | | 51532 |
| Replacement Earpads, Black, KTX-6, ea. (Y) | $0.39 | | | 56384 |
| Headphones, Replacement, KOSS, Recover K (Y) | $13.27 | | | 56385 |
| Ear Buds, White, SENTRY (Y) | $6.62 | | | 56391 |
| FOOD ITEMS (LIMIT 5) | | | | |
| Peanut Butter, Squeezer, SQUEEZUMS, 2 oz. (5 =1 item) (N)(K) | $0.56 | | | 54895 |
| KRAFT, Jalapeno Cheese Spread, 2 oz. (N) (5=1 item) | $0.83 | | | 59090 |
| Cracker, VISTA, Saltines, 4 oz.(N) (K) | $1.16 | | | 55018 |
| Crackers, Globitos, DONDE, 5.3 oz. (N) | $2.30 | | | 55226 |
| Peanuts, MOON LODGE, Roasted & Salted, 1.75 oz. (N)(K) | $0.69 | | | 54585 |
| Chips, MOON LODGE, Regular, 1.5 oz. (N)(K) | $1.18 | | | 54868 |
| Crackers, CHEEZ-IT, 1.5 oz. (N)(K) | $1.04 | | | 54580 |
| DORITOS, Nacho Cheese, 1.75 oz. (N) | $1.41 | | | 55006 |
| Pork Skins, Hot, TURKEY CREEK, 2 oz. (N) | $1.55 | | | 52878 |
| Cookies, UNCLE AL'S, Chocolate Chip, 5 oz.(N)(K) | $1.23 | | | 55239 |
| Cookies, UNCLE AL'S, Key Lime Cremes, 5 oz. (N)(K) | $1.14 | | | 55031 |
| Pastry, MARKET SQUARE BAKERY, Iced Honey Bun, 4.75 oz. (N)(K) | $2.14 | | | 54597 |
| SNICKERS, 1.86 oz. (Y)(K) | $1.60 | | | 52009 |
| M & M Peanut, 1.74 oz. (Y)(K) | $1.76 | | | 52003 |

FILED
AUG 25 2023
Clerk, US District Court
Middle District of Florida
Fort Myers, Florida

My signature below affirms I have ordered the items indicated above.        My signature below affirms I have received the items ordered.

PRINT NAME _____  FDC # _____   PRINT NAME _____  FDC # _____

SIGNATURE _____  DATE _____   SIGNATURE _____  DATE _____

In accordance with the contract and Canteen Operations procedure 204.005, any modifications to this products list must receive prior approval from the Department's Canteen Review Team.

E-Date 07.09.23