Case: 2:23-cv-00671-JLB-NPM

Remoi Campbell Y62445
Florida State Prison

P.O. Box 800
Raiford, FL 32083

---

## Motion for Judgement by Default

I Remoi Campbell, Plaintiff, now files this motion on the grounds that this particular case and case number is the result of negligence, misrepresentation and professional misconduct. I have the right to an impartial jury where this case is in the United States District Court for the Middle District of Florida, Ft Myers Division. Hence, I am seeking post conviction relief from my conviction from the lower tribunal. Tribunal is interchangeable with trial court. I hereby proffer this motion to resolve any issue of material facts that this motion defines as such in language, context and interpretation because it is my legal right and I am entitled to judgement as a matter of law.

CC: Clerk's Office, United States
District Court, U.S Courthouse
and Federal Building
2110 First Street, Room 2-194
Ft Myers, FL 33901-3083

Remoi Campbell
DC #Y62445
Florida State Prison
P.O Box 800
Raiford, FL 32083
September 19, 2023
Campbell

Case: 2:23-cv-00671-JLB-NPM

Legal Mail
Provided to Florida State Prison on
9/7/23 for mailing by ____

Remoi Campbell Y62445
Florida State Prison

P.O. Box 800
Raiford, FL 32083

---

I am demanding my immediate release from Prison Please and thank you!

September 7, 2023
Remoi Campbell
RCampbell