UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**REMOI CAMPBELL**,

    Plaintiff,

v.   2:23-cv-671-JLB-NPM

**STATE OF FLORIDA DEPARTMENT OF CORRECTIONS**,

    Defendant.

## ORDER

Plaintiff Remoi Campbell seeks a default against the State of Florida. But this case was dismissed on September 19, 2023. Accordingly, Campbell's motion (Doc. 9) is **DENIED** as **moot**.

**ORDERED** on December 8, 2023.

_____
NICHOLAS P. MIZELL
United States Magistrate Judge